ROBERT W. FREEMAN
Nevada Bar No. 3062
GREGORY S. BEAN
Nevada Bar No. 12694
Robert.Freeman@lewisbrisbois.com
Gregory.Bean@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
*Officer Danny Rose*

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN A. GONZALES, individually; and TERRESA GONZALES, individually, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOUGLAS C. GILLESPIE, individually and in his official capacity as Sheriff of Clark County; Las Vegas Metropolitan Police Department Sergeant M. Langgin, Badge #4078, individually and in his capacity as a police sergeant employed by the Las Vegas Metropolitan Police Department; Las Vegas Metropolitan Police Department Officers D. Rose, Badge #9830, and KAPLAN, Badge #13421, individually and in their official capacities as police officers employed by the Las Vegas Metropolitan Police Department; CLARK COUNTY, NEVADA; DOES 1 through 10, and ROE ENTITIES 11 through 20, inclusive, <br><br> Defendant. | CASE NO. 2:14-cv-1827-APG-GWF <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE** <br><br> **(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days, up to and including October 6, 2015. In addition, the parties request that the dispositive motions and pretrial order deadlines be extended for an additional

4823-4130-5123.1

ninety (90) days as outlined herein.  In support of this Stipulation and Request, the parties state as follows:

1. On November 6, 2014, Defendant removed the instant action to Federal Court.

2. On December 5, 2014, Defendant filed its Answer to Plaintiff's Amended Complaint with Federal Court.

3. On November 6, 2014, Defendant filed its Statement Regarding Removal.

4. On January 6, 2015, the parties prepared and the Court then entered a Discovery Plan and Scheduling Order (the Order).

5. On January 13, 2015 Defendant Las Vegas Metro Police Department served it's initial document and witness disclosures.

6. On January 16, 2015, Plaintiffs served their initial document and witness disclosures.

7. On March 6, 2015 Plaintiff Teressa Gonzales served a Suggestion of Death Upon the Record Under FRCP Rule 25(a)(1) for Plaintiff John A. Gonzales.

8. On November 5, 2015, Defendants LVMPD, Gillespie, Kaplan and Langgin filed a Motion for Partial Dismissal.  On November 20, 2015 Defendant Officer Danny Rose filed a Motion to Dismiss.  On April 22, 2015 the Court denied the motions without prejudice and order that Plaintiff Terresa Gonzales submit and amended complaint within thirty (30) days.

DISCOVERY REMAINING

1. Defendants will take the deposition of Plaintiffs.

2. Plaintiffs will take the deposition of Defendants and Defendant's representatives.

3. The parties will collect Plaintiffs' medical and billing records.

4. The parties will take the depositions of the designated expert witnesses.

4823-4130-5123.1                                         2

5. The parties will take the depositions of Plaintiffs' medical providers.

6. The parties will take the depositions of any and all other witnesses garnered through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The parties are in the process of serving and responding to written discovery requests. The parties anticipate that Defendants will need to collect Plaintiff John Gonzales' medical records once medical authorizations are provided to Defendants. Since Plaintiffs are alleging significant injuries as a result of the incident, it will be necessary for all medical records to be obtained in order for Defendants to adequately assess expert retention for this case. The parties also anticipate Plaintiffs will request to take the deposition of one or more of Defendants and their representatives. The parties will also need to schedule the depositions of Plaintiff Terresa Gonzales, Plaintiff John Gonzales' treating physicians as well as the depositions of any expert witnesses.

The parties have conferred regarding discovery for this case and it appears the parties can work together to complete the discovery requested with additional time allowed by this court. Counsel for Defendants and Plaintiffs have had scheduling conflicts with other cases which have impacted their respective ability to complete discovery for this case within the initially agreed upon dates. Accordingly, the parties respectfully request a reasonable extension of time to afford sufficient opportunity to complete discovery for this case. The parties' request for additional time for discovery is reasonable in light of the complexity of the case and the multiple parties involved in this lawsuit.

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>. LR 26-4 governs modifications or extension of this discovery plan and scheduling order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and

4823-4130-5123.1                                       3

1  comply fully with LR 26*-4.

2      The following is a list of the current discovery deadlines and the parties' proposed

3  extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | July 6, 2015 | October 6, 2015 |
| Extension of Discovery Deadline | June 16, 2015 | September 14, 2015 |
| Expert Disclosure pursuant to Fed R. Civ. P. 26 (a)(2) | May 5, 2015 | August 6, 2015 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | June 5, 2015 | September 4, 2015 |
| Interim Status Report | April 6, 2015 | August 6, 2015 |
| Dispositive Motions | August 5, 2015 | November 4, 2015, or at least thirty (30) days after the close of discovery |
| Joint Pretrial Order | September 5, 2015 | December 3, 2015, or at least thirty (30) days after the decision of last Dispositive Motions |

    This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial.

    This is the First request for extension of time in this matter.  The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

…

…

…

…

…

…

…

4823-4130-5123.1

4

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety days (90) days from the current deadline of July 6, 2015 up to and including October 6, 2015 and the other discovery dates as outlined in accordance with the table above.

DATED this 23rd day of April, 2015.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Robert W. Freeman
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Gregory S. Bean, Esq.
Nevada Bar No. 12694
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Officer Danny Rose*

DATED this 23rd day of April, 2015.

INJURY LAWYERS OF NEVADA

/s/ Jolene J. Manke
David J. Churchill
Nevada Bar No. 7308
Jolene J. Manke
Nevada Bar No. 7436
6900 Westcliff Drive, Suite 707
Las Vegas, NV 89145
*Attorneys for Plaintiff*
*John A. Gonzales and Terresa Gonzales*

DATED this 23rd day of April, 2015.

MARQUIZ AURBACH COFFING

/s/ Craig R. Anderson
Craig R. Anderson, Esq,
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*
*Sheriff Gillespie, Sergeant Langgin, and*
*Officer Kaplan*

## ORDER

IT IS SO ORDERED.

Dated this 24th day of April, 2015.

~~U.S. DISTRICT COURT JUDGE~~
U.S. MAGISTRATE JUDGE

4823-4130-5123.1                                5