STEVEN B. WOLFSON
DISTRICT ATTORNEY
**CIVIL DIVISION**
By: **STEPHANIE A. BARKER**
Chief Deputy District Attorney
State Bar No. 3176
500 South Grand Central Pkwy., 5th Flr.
P. O. Box 552215
Las Vegas, Nevada  89155-2215
Phone:  (702) 455-4761
Fax:     (702) 382-5178
Stephanie.Barker@ClarkCountyDA.com
*Attorney for Defendant CLARK COUNTY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTATE OF JOHN A. GONZALES; TERRESA GONZALES, individually; and as SPECIAL ADMINISTRATRIX OF THE ESTATE OF JOHN A. GONZALES, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOUGLAS C. GILLESPIE, individually and in his official capacity as Sheriff of Clark County; Las Vegas Metropolitan Police Department Sergeant M. Langgin, Badge #4078, individually and in his capacity as a police sergeant employed by the Las Vegas Metropolitan Police Department; Las Vegas Metropolitan Police Department Officers D. ROSE, Badge #9830, and KAPLAN, Badge #13421, individually and in their official capacities as police officers employed by the Las Vegas Metropolitan Police Department; CLARK COUNTY, NEVADA; and DOES 1-10; and ROE ENTITIES 11-20, inclusive, <br><br> Defendants. | Case No: 2:14-cv-01827-APG-GWF |

**EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS**

COMES NOW, Defendant CLARK COUNTY, by and through its counsel

STEPHANIE A. BARKER, Chief Deputy District Attorney, and hereby requests removal

from the CM/ECF Service List and Discontinuation of Notice of Proceedings in the above-

captioned matter.  Defendant CLARK COUNTY was removed from this proceeding on

1  November 6, 2014 via the filing of Plaintiffs' Amended Complaint and it is no longer

2  necessary that counsel receive CM/ECF notice of ongoing proceedings.  Accordingly, the

3  undersigned counsel requests to be removed from the CM/ECF Service list in this matter,

4  USDC Case No:  2:14-cv-01827-APG-GWF

5          RESPECTFULLY SUBMITTED this 21st day of May, 2015.

6

7                                      STEVEN B. WOLFSON
                                       DISTRICT ATTORNEY

8
   By:_____
9                                      STEPHANIE A. BARKER
                                       Chief Deputy District Attorney
10                                     State Bar No. 3176
                                       500 S. Grand Central Parkway, 5th Floor
11                                     Las Vegas, Nevada  89155-2215
                                       *Attorney for Defendant CLARK COUNTY*
12

13

14

15                                     **IT IS SO ORDERED.**

16

17   _____
     **GEORGE FOLEY, JR.**
18   **United States Magistrate Judge**

19   **Dated:   May 28, 2015**

20

21

22

23

24

25

26

27

28