**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ESTATE OF JOHN A. GONZALES,  )
TERRESA GONZALES, individually and as  )
SPECIAL ADMINISTRATRIX OF THE  )
ESTATE OF JOHN A. GONZALES,  )
　　　　)
　　　　Plaintiffs,  )   Case No. 2:14-cv-01827-JCM-GWF
　　　　)
vs.  )   **ORDER**
　　　　)
LAS VEGAS METROPOLITAN POLICE  )
DEPARTMENT, *et al.*,  )
　　　　)
　　　　Defendants.  )
_____  )

　　　　This matter is before the Court on Plaintiffs' counsel's Emergency Motion to Withdraw as Attorney of Record for Plaintiffs (#66) filed March 2, 2016.  Plaintiff filed an opposition (#69) and Plaintiffs' counsel filed a reply (#71).  The Court conducted a closed hearing with Plaintiff's counsel, David Churchill and Jolene Manke, and Plaintiff, Terresa Gonzales, regarding the nature of the conflict or other issues between client and attorney.  Based on that hearing, the Court finds that there is an irreconcilable conflict between Plaintiff and Plaintiff's counsel regarding further handling of this action.  Accordingly,

　　　　**IT IS HEREBY ORDERED** that the Emergency Motion to Withdraw as Attorney of Record for Plaintiffs (#66) is **granted.**

　　　　**IT IS FURTHER ORDERED** that Plaintiff shall have until **May 20, 2016** in which to file an opposition to Defendant's Motion for Summary Judgment (#62).  The reply will be due in the ordinary course after the opposition is filed.

. . .

. . .

1   **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Plaintiff Terresa Gonzales, individually and as Special Administratrix of the Estate of John A. Gonzales, with a copy of this order at the plaintiff's last known address:

    Ms. Terresa Gonzales
    1817 Collins Avenue
    Las Vegas, Nevada  89106

**IT IS FURTHER ORDERED** that the Clerk shall add the last known address of Plaintiff Terresa Gonzales, individually and as Special Administratrix of the Estate of John A. Gonzales, 1817 Collins Avenue, Las Vegas, Nevada  89106 to the civil docket.

DATED this 22nd day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge